In the Matter of the Trust as to Certain Funds Derived from Assessments of Members of FEDERAL BENEFIT ASSOCIATION, a Corporation.

FEDERAL BENEFIT ASSOCIATION,
Appellant, v. HERROLD, et al, Respondents

(29 N. W.2d 389.)

(File No. 8940. Opinion filed November 4, 1947.)

Sigurd Anderson, Atty. Gen., and **William Williamson**, Asst. Atty. Gen., amici curiae.

**J. W. Kaye**, of Mitchell, and **Davenport, Evans & Hurwitz**, of Sioux Falls, for Appellant.

**Fellows & Fellows**, of Mitchell, and **Royhl & Longstaff**, of Huron, for Respondents.

PER CURIAM.

This is a companion case to National Benefit Association v. Carl H. Furchner, 72 S. D. 23, 29 N. W.2d 81. The opinion filed in the National Benefit Association case governs here.

The order appealed from is reversed.